**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ACCESS FOR THE DISABLED, INC.;**
**PATRICIA KENNEDY; and SHEILA**
**TRITT,**

         **Plaintiffs,**

**-vs-**         Case No. **6:06-cv-857-Orl-22UAM**

**STF INVESTMENTS, LLC,**

         **Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiffs' Verified Application for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. No. 58) filed on March 7, 2007.

The United States Magistrate Judge has submitted a Report recommending that the Motion be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed June 18, 2007 (Doc. No. 68) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiffs' Verified Application for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. No. 58) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on July 6, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge